UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IVEY W. SHERROD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:05-CV-54-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2010, that the Administrative Law Judge rendered a favorable decision to plaintiff on May 25, 2006, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on July 1, 2010, and Copies To:**

James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


July 1, 2010                                DENNIS P. IAVARONE, CLERK
                                             /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk